# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

PETER M. BERGNA,

        Petitioner,

   v.

WARDEN BACA, et al.,

        Respondents.

Case No. 3:18-cv-00358-HDM-WGC

**ORDER**

Petitioner has submitted an application to proceed in forma pauperis (ECF No. 3, ECF No. 4)[1] and a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The court finds that petitioner is able to pay the full filing fee of five dollars ($5.00).

IT THEREFORE IS ORDERED that the application to proceed in forma pauperis (ECF No. 3, ECF No. 4) is **DENIED**. Petitioner shall have thirty (30) days from the date that this order is entered to have the filing fee of five dollars ($5.00) sent to the clerk of the court. Failure to comply will result in the dismissal of this action.

///

///

///

///

---

[1] ECF No. 4 was docketed incorrectly, but it still shows as a pending motion.

1

1     IT FURTHER IS ORDERED that the clerk of the court shall send petitioner two copies of
2 this order. Petitioner is ordered to make the necessary arrangements to have one copy of this
3 order attached to the check paying the filing fee.
4     DATED: November 20, 2018.

_____
HOWARD D. MCKIBBEN
United States District Judge